**This document was signed electronically on September 29, 2017, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: September 29, 2017**



_____
**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) Case No. 15-52933 |
| JAMES RONALD BURNS, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) Adversary Proceeding No. 16-05025 |
| _____ | ) |
| | ) |
| ELIZABETH DUERR, | ) Judge Alan M. Koschik |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES RONALD BURNS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S
### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Consistent with the Memorandum Decision (Docket No. 22) entered by this Court on September 29, 2017, and the findings and conclusions stated therein,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss (Docket No. 7) (the "Motion") is **GRANTED IN PART** and **DENIED IN PART**.

2. The Motion is **GRANTED** and the Complaint is **DISMISSED** to the extent it seeks a nondischargeable judgment (i) pursuant to 11 U.S.C. § 523(a)(2)(A), or (ii) for fraud or defalcation by a fiduciary pursuant to 11 U.S.C. §523(a)(4).

3. The Motion is **DENIED** with respect to the Complaint's request for nondischargeable judgments for (i) embezzlement or larceny pursuant to 11 U.S.C. § 523(a)(4), or (ii) willful and malicious injury pursuant to 11 U.S.C. § 523(a)(6).

4. Pursuant to Federal Rule of Civil Procedure 15(a)(2), incorporated into bankruptcy practice by Federal Rule of Bankruptcy Procedure 7015, the Plaintiff is **GRANTED LEAVE TO AMEND** her Complaint on or before **Friday, October 27, 2017**. Pursuant to Rule 15(a)(3), the Defendant shall have until 14 days after service of any amended Complaint to respond.

# # #