This document was signed electronically on October 30, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: October 30, 2018



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | Chapter 7 |
| JAMES RONALD BURNS<br>(& d.b.a. Brookstone G.C. by Design, Inc.)<br>Debtor | Adversary Case No. 16-05025<br><br>Case No. 15-52933 |
| * * * * * * * | * * * * * * |
| ELIZABETH DUERR (n.k.a. Tomeko) | Judge Alan Koschik |
| Plaintiffs | **STIPULATED JUDGMENT ENTRY** |
| vs. | |
| JAMES RONALD BURNS | |
| Defendant | |

The Court having been advised that the parties have reached a settlement and that they stipulate to an entry of judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, Elizabeth Duerr (n/k/a Tomeko), take judgment against Defendant, James Ronald Burns, in the amount of $15,000.00 and that said judgment is nondischargeable.

It is further Ordered that should the Defendant James Ronald Burns pay the sum of One Hundred Dollars ($100.00) per month beginning in November, 2018, to the Plaintiff, Elizabeth Duerr Tomeko, the Plaintiff will not execute on the judgment.

IT IS SO ORDERED.

###

Approved/submitted,

_____
FRANK J. CIMINO (0007323)
Counsel for Plaintiff

_____
E. Lee Wagoner (0037833)
Counsel for Defendant

_____
James R. Burns
Defendant